DONALD R. BUCHANAN    CBN: 110309
SHAPIN AND BUCHANAN
2000 E. Fourth St., Suite 120
Santa Ana, California 92705
Telephone: (714) 567-0188
Fax: (714) 567-0029
Email:  Donssatty@aol.com

Attorneys for Plaintiff  Katherine Joyce Stevens

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katherine Joyce Stevens ) | No. CV 12-03629 DDP (RNB) |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND – SEVEN HUNDRED DOLLARS and no cents ($3,700.00) subject to the terms of the stipulation.

DATE: 3/13/2013  _____

                HON. ROBERT N. BLOCK
                UNITES STATES MAGISTRATE JUDGE