DONALD R. BUCHANAN     CBN: 110309
SHAPIN AND BUCHANAN
2000 E. Fourth St., Suite 120
Santa Ana, California 92705
Telephone: (714) 567-0188
Fax: (714) 567-0029
Email:  Donssatty@aol.com

Attorneys for Plaintiff  Katherine Joyce Stevens

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Katherine Joyce Stevens,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No. CV 12-03629 DDP (RNB)<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND – SEVEN HUNDRED DOLLARS and no cents ($3,700.00) subject to the terms of the stipulation.

DATE: 3/13/2013    _____

HON. ROBERT N. BLOCK
UNITES STATES MAGISTRATE JUDGE

-1-